UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION: OF THE UNITED STATES OF AMERICA : FOR AUTHORIZATION TO OBTAIN LOCATION DATA CONCERNING A CELLULAR TELEPHONE ASSIGNED CALL NUMBER (203) 550-7073, WITH INTERNATIONAL MOBILE SUBSCRIBER IDENTITY ("IMSI") NUMBER 310260259574874 | DOCKET NO. 3:19mj991 (WIG)<br><br>November 28, 2017 |

## MOTION TO UNSEAL APPLICATION AND ORDER

The United States of America, by John H. Durham, United States Attorney for the District of Connecticut, by Harold H. Chen, Assistant United States Attorney, moves the Court for an order unsealing the application and order for this matter. The prosecution in this case has concluded, and the case is now closed.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

HAROLD H. CHEN
ASSISTANT UNITED STATES ATTORNEY
Federal Bar. No. ct24432
United States Attorney's Office
1000 Lafayette Boulevard, 10th Floor
Bridgeport, CT 06604
(203) 696-3000 / (203) 579-5575 (Fax)
Harold.Chen@usdoj.gov